IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA STEWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 10-1720 |
| FAMILY BEHAVIORAL RESOURCES, | ) ) ) |
| Defendant. | ) |

ORDER

AND NOW, this 29th day of April, 2011, defendant having filed a Motion to Dismiss the Amended Complaint [Doc. No. 5], and the court having considered the papers submitted in connection therewith, IT IS HEREBY ORDERED THAT defendant's Motion to Dismiss the Amended Complaint is DENIED without prejudice to defendant's right to reassert these issues in a properly supported motion filed pursuant to Federal Rule of Civil Procedure 56 on a more fully developed record.

BY THE COURT:

Hon. Gary L. Lancaster,
Chief Judge, United States District Court

cc: All Counsel of Record