IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MELISSA STEWART, | ) | |
|---|---|---|
| | ) | Civil Action No. 10-1720 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| FAMILY BEHAVIORAL RESOURCES, | ) ) | |
| | ) | Electronically Filed |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL
## OF COUNT II OF THE AMENDED COMPLAINT

It is hereby stipulated and agreed by and between the parties that Plaintiff's claims under the Pennsylvania Wage Payment and Collection Law (Count II of the Amended Complaint) are DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

Respectfully submitted,

*Signed with permission*

/s Gregory G. Paul
Gregory G. Paul (PA83334)
Morgan & Paul PLLC
409 Broad Street, Suite 270
Sewickley, Pennsylvania 15143
Tel: 412-259-8375
Fax: 888-822-9421
e: gregpaul@morgan-paul.com

/s David J. Kolesar
David J. Kolesar (PA70439)
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Tel: 412-355-6252
Fax: 412-355-6501
e: david.kolesar@klgates.com

Dated: May 24, 2011

SO ORDERED this 25th day of May, 2011.

_____,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge