IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA STEWART, | ) | |
| | ) | Civil Action No. 10-1720 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| FAMILY BEHAVIORAL | ) | |
| RESOURCES, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

The parties hereby stipulate to the voluntary dismissal with prejudice of this action

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his or its own attorney fees and

court costs.

Respectfully submitted,

MORGAN & PAUL, PLLC                    K&L GATES, LLP

/s/ Gregory G. Paul _____          /s/ David J. Kolesar _____
GREGORY G. PAUL, ESQUIRE              DAVID J. KOLESAR, ESQUIRE
PA ID Number: 83334                  PA ID Number: 70439
409 Broad Street                     K&L Gates Center
Suite 270                            210 Sixth Avenue
Sewickley, PA 15143                  Pittsburgh, PA 15222
(412) 259-8375                       (412) 355-6500
(888) 822-9421 (facsimile)           (412) 355-6501 (facsimile)
gregpaul@morgan-paul.com             david.kolesar@klgates.com

SO ORDERED, this 14 day of June, 2011.

_____ ,C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge